IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMIEN GREEN,

                    Plaintiff,

          v.                                                    ORDER

CONSTANCE CAYER-WIRTZ, CASSANDRA BEIER,              24-cv-450-jdp
RACHEL MATUSHAK, and JENNIFER KILMER,

                    Defendants.

---

Plaintiff Damien Green, proceeding without counsel, alleges that staff at Green Bay Correctional Institution refused to give him medical care for foot and urological problems. But Green has not participated in discovery. After granting defendant Cayer-Wirtz's unopposed motion to compel discovery, the court warned Green that this case might be dismissed if he failed to respond to defendants' discovery requests or explain to the court why he failed to do so. Dkt. 72.

Both sets of defendants now move to dismiss the case because Green continues to fail to respond to their discovery requests. Dkt. 76 and Dkt. 79. Green did not respond to those motions. Accordingly, I will dismiss this case with prejudice for Green's failure to prosecute it.

ORDER

IT IS ORDERED that:

1.  Defendants' motions to dismiss, Dkt. 76 and Dkt. 79, are GRANTED.

2.  All other pending motions are DENIED as moot.

3.  The clerk of court is directed to enter judgment accordingly and close the case.

Entered May 12, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge